**Order entered July 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00661-CV

## IN THE INTEREST OF C.E.C., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-52684-2012**

## ORDER

We **GRANT** court reporter Kathy Bounds's July 7, 2014 request for extension of time to file the record and **ORDER** the record be filed no later than July 17, 2014.

/s/      ELIZABETH LANG-MIERS
         JUSTICE